# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| HAROLD L. DORTCH, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 19-527-CG-B ) |
| WEXFORD MEDICAL, et al., | ) ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's action is **DISMISSED** without prejudice for failure to prosecute this action and to comply with the Court's Orders.

**DONE and ORDERED** this 4th day of February, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE