# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| HAROLD L. DORTCH, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 19-527-CG-B |
| WEXFORD MEDICAL, et al., | ) |
| Defendants. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that Plaintiff's action is **DISMISSED** without prejudice for failure to prosecute this action and to comply with the Court's Orders.

**DONE and ORDERED** this 4th day of February, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE